No. 397.   MANAIA ET AL. *v.* POTOMAC ELECTRIC POWER Co.   C. A. 4th Cir.   Certiorari denied.   *Sheldon E. Bernstein* and *Herbert M. Brune* for petitioners.   *William B. Jones, Robert R. Bair* and *Cornelius Means* for respondent.

No. 461.   ISELIN ET AL. *v.* MENG ET AL.   C. A. 5th Cir. Certiorari denied.   *L. Bryan Dabney* for petitioners.

No. 462.   LEE *v.* JENKINS BROTHERS ET AL.   C. A. 2d Cir.   Certiorari denied.   *Frank J. Donner* for petitioner. *Morgan P. Ames* and *Francis J. McNamara, Jr.* for respondents.

No. 472.   RAUCH ET AL. *v.* STOCKINGER ET AL.   C. A. 2d Cir.   Certiorari denied.   *Max J. LeBoyer* for petitioners.   *Alexander Dreiband* filed a brief in opposition on behalf of the Attorney General of the Province of Ontario, Canada, as *amicus curiae.*

No. 475.   MANUFACTURERS RECORD PUBLISHING Co. *v.* LAUER, EXECUTRIX, ET AL.   C. A. 5th Cir.   Certiorari denied.   *W. Scott Wilkinson* and *John M. Madison* for petitioner.   *Clem H. Sehrt* and *Kalford K. Miazza* for respondents.

No. 476.   BROCKMUELLER *v.* ARIZONA.   Supreme Court of Arizona.   Certiorari denied.   Petitioner *pro se.   Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Franklin K. Gibson,* Assistant Attorney General, for respondent.